Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Civil Division

MAR 16 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Steven Quinn Singleton <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> **-v-** <br><br> Environmental Protection Agency <br><br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 1:26CV02061-JLT-FRS

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Steven Quinn Singleton |
| Street Address | 48 W 28th St |
| City and County | Merced, Merced |
| State and Zip Code | California 95340 |
| Telephone Number | (209) 489-0768 |
| E-mail Address | stevenqs@icloud.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Environmental Protection Agency |
| Job or Title *(if known)* | |
| Street Address | 1200 Pennsylvania Ave, NW |
| City and County | Washington, District of Columbia |
| State and Zip Code | Maryland 20460 |
| Telephone Number | (202) 564-4700 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 42 U.S.C. Section 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ \ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 02/12/2026, the Environmental Protection Agency (EPA) announced a massive deregulatory effort of Greenhouse Gas (GHG) Endangerment Finding and all subsequent federal GHG emissions standards. The EPA knew or should have known that the concept of "endangerment finding" on GHGs is rooted in a ruling on Massachusetts v. EPA (2007). Although rulings on Bright Enterprises v. Raimondo (2024) and West Virginia v. EPA (2022) provide critical input to our Nation's environmental statutory framework, the Orders on marine conservation and power plant emissions regulation are not sufficient to support the scope of the EPA's recent action. Massachusets v. EPA established that GHGs are "air pollutants," the EPA's refusal/gross negligence in regulating them was unlawful, and that former status quo must be reconsidered to comply with statutory obligation in the public interest. Petitioner filed a Civil rights complaint in response to the deregulation. A follow up communication indicated potential awareness of the grievance.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Petitioner requests that the Court grant relief in the form of:
1. An injunction on existing and planned implementations of the deregulation framework announced by the EPA on 02/12/2026 until a full review of its contents can be completed by the Federal judiciary.
2. Instructions to the EPA on what is and cannot be permitted to take force in its proposed deregulation framework.
3. Any other relief deemed just and proper with consideration for Petitioner's Complaint and the preponderance of any evidence included by the Court.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       03/15/2026

Signature of Plaintiff    _____

Printed Name of Plaintiff    Steven Quinn Singelton

### B.    For Attorneys

Date of signing:       _____

Signature of Attorney      _____

Printed Name of Attorney    _____

Bar Number        _____

Name of Law Firm       _____

Street Address        _____

State and Zip Code       _____

Telephone Number       _____

E-mail Address        _____

Print    Save As    Add Attachment    Reset

## NOTICE OF EXHIBITS

Exhibit A

EPA announcement on single largest deregulatory action in U.S. History, eliminating endangerment finding and other features that protect the people from air pollutants and well-known adverse impacts.

Exhibit B

Civil rights complaint lodged with the Justice Department illustrating how the deregulation is known to or can be reasonably estimated to adversely target or impact people on a basis of race/color and create economic incentive to capitalize on preventable health challenges.

Exhibit C

While constructing this report, Petitioner received a device intrusion and filed IC3 complaint with id d164853cb06c46e7a09bccbbf0ca8767. The reported device intrusion received via Apple Mail is not unlike others that are associated with sessions of computer work that investigate administrations of the Executive power. On 02/10/2026, Petitioner's mother, aunt, and grandmother were displaced from their home. "Endangerment finding" is highlighted via communications@mail.whitehouse.gov on 02/13, 02/14, 02/17, and 02/19.

Exhibit E EXHIBIT D

Agency extensions of the Executive power, knows or should know that deregulation of "GHGs" presents an increased level of risk to Earth's general atmospheric stability and that substantially expanding a total potential emissions of chemicals with heat trapping properties can destabilize the United States. The EPA's deregulatory actions likely provides substantial, indirect support to one or more foreign Intelligence strategies that would degrade the United States, ignores evidence of risk to the General Welfare, and might amplify downstream multi-modal expenditures required to manage and mitigate estimable impact of accelerating concentrations of chemicals with atmospheric warming properties.

On January 20, 2026 at 02:46 Pacific, Petitioner sent an email on this topic to: CybersecurityReports@nsa.gov, SeeSay@hq.dhs.gov, Cybersecurity_Requests@nsa.gov, nsd.public@usdoj.gov, DOJ.Correspondence@usdoj.gov, and RegulatorySupport@fincen.gov. By 12:25 Pacific, Petitioner had received a scaled device intrusion on his Apple Mail desktop mail client which caused all of the preview data in his inbox to go blank.

Similarly, on January 19, 2026, Petitioner shared information with executive agencies related to measurement observations of cyclically increasing atmospheric concentration of a chemical agent with heat trapping properties, Carbon Dioxide: https://keelingcurve.ucsd.edu/

The last time atmospheric concentrations of Carbon Dioxide were at currently measured levels is estimated to be about one-million years ago, before the Earth supported human life and our organized social structures. Permitting a manufactured, elevated level of Carbon Dioxide emissions, and other chemicals with heat trapping, amplification, or intensification properties, represents an act of gross mismanagement the National Security, public health, and any duty to

secure the Blessings of Liberty. Emissions of Carbon Dioxide and similarly positioned chemical agents are largely under the purview of human management & oversight. They can be responsibly managed instead of massively deregulated for the reckless endangerment of ourselves and Posterity.

The U.S. Department of the Interior, U.S. Geological Survey presents a classroom or home-learning science experiment on common chemicals with warming properties. Water vapor and some Carbon Dioxide emissions are part of Earth Systems and help maintain temperature stability, making Earth a suitable environment for human occupation without a general need for special equipment. Additionally emitted warming agents arising from contexts that the EPA can regulate intensifies the impact of solar radiation, trapping heat into the planetary atmosphere. This leads to generational ice melt and may result in hyper-warming should the ancient, natural cooling systems of the Arctic and Antarctic dissipate below a certain level: https://d9-wret.s3.us-west-2.amazonaws.com/assets/palladium/production/s3fs-public/atoms/files/gases.pdf Rapidly deteriorating natural ice reservoirs, including permafrost structures, of the Siberian and Arctic ice shelves contain over 1.5 gigatons of carbon, much of it in the form of Methane hydrates. This is particularly dangerous because Methane is more potent than Carbon Dioxide as a warming agent; accelerated and excessive Methane emissions could produce a microwaving-like effect, compounding any estimated impact of Carbon Dioxide. Attempts to assume Greenland from the Kingdom of Denmark is not a practical long-term solution for the People of the United States nor is it reasonably viable for the People of Earth. An intentional neglect of realities associated with the chemical warming agents and their emissions deprives the People of an ability to reasonably petition the Government for a redress of well-supported grievances.



Exhibit A

# President Trump and Administrator Zeldin Deliver Single Largest Deregulatory Action in U.S. History

## Trump Admin Eliminates Obama-Era Endangerment Finding, off-cycle credits, start-stop feature

February 12, 2026

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** – Alongside President Trump in the White House's Roosevelt Room, U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin announced the single largest deregulatory action in U.S. history. In this final rule, EPA is saving American taxpayers over $1.3 trillion, eliminating both the Obama-era 2009 Greenhouse Gas (GHG) Endangerment Finding and all subsequent federal GHG emission standards for all vehicles and engines of model years 2012 to 2027 and beyond. The action also eliminates all off-cycle credits, including for the almost universally hated start-stop feature. EPA's historic move restores consumer choice, makes more affordable vehicles available for American families, and decreases the cost of living on all products by lowering the cost of trucks. This major deregulatory process included substantial public input and robust analysis of the law following the U.S. Supreme Court decision in *Loper Bright Enterprises v. Raimondo and West Virginia v. EPA.*

*"The Endangerment Finding has been the source of 16 years of consumer choice restrictions and trillions of dollars in hidden costs for Americans," **said Administrator Zeldin**. "Referred to by some as the 'Holy Grail' of the 'climate change religion,' the*

Case 1:26-cv-02061-JLT-FJS     Document 1     Filed 03/16/26     Page 10 of 21

*Endangerment Finding is now eliminated. The Trump EPA is strictly following the letter of the law, returning commonsense to policy, delivering consumer choice to Americans and advancing the American Dream. As EPA Administrator, I am proud to deliver the single largest deregulatory action in U.S. history on behalf of American taxpayers and consumers. As an added bonus, the off-cycle credit for the almost universally despised start-stop feature on vehicles has been removed."*

The 2009 Endangerment Finding was used to justify trillions of dollars in regulations, including the Obama and Biden Administrations' illegal push towards Electric Vehicle (EV) mandates and compliance requirements, while simultaneously driving up the cost of vehicles for American families and small businesses— limiting economic mobility and the American Dream. The final rule will save Americans over $1.3 trillion by removing the regulatory requirements to measure, report, certify, and comply with federal GHG emission standards for motor vehicles, and repeals associated compliance programs, credit provisions, and reporting obligations that exist solely to support the vehicle GHG regulatory regime. Americans will have certainty, flexibility and regulatory relief, allowing companies to plan appropriately, and empowering American families.

## Returning the Rule of Law to EPA Regulations

In finalizing this rule, EPA carefully considered and reevaluated the legal foundation of the 2009 Endangerment Finding and the text of the Clean Air Act (CAA) in light of subsequent legal developments and court decisions. The agency concludes that Section 202(a) of the CAA does not provide statutory authority for EPA to prescribe motor vehicle and engine emission standards in the manner previously utilized, including for the purpose of addressing global climate change, and therefore has no legal basis for the Endangerment Finding and resulting regulations. EPA firmly believes the 2009 Endangerment Finding made by the Obama Administration exceeded the agency's authority to combat "air pollution" that harms public health and welfare, and that a policy decision of this magnitude, which carries sweeping economic and policy consequences, lies solely with Congress. Unlike our predecessors, the Trump EPA is committed to following the law exactly as it is written and as Congress intended—not as others might wish it to be.

## Creating Policy Rooted in Reality

The Endangerment Finding was a legal prerequisite used by the Obama and Biden Administrations to regulate GHG emissions. In the 16 years since the Endangerment Finding, many of the predictions and assumptions used to justify the rule did not materialize. Using the same types of models utilized by the previous administrations and climate change zealots, EPA now finds that even if the U.S. were to eliminate all GHG emissions from all vehicles, there would be no material impact on global climate indicators through 2100. Therefore, maintaining GHG emission standards is not necessary for EPA to fulfill its core mission of protecting human health and the environment, but regardless, is not within the authority Congress entrusted to EPA. Today's action is only related to GHG emissions and does not affect regulations that combat criteria pollutants and air toxics. The Trump EPA's final rule dismantles the tactics and legal fictions used by the Obama and Biden Administrations to backdoor their ideological agendas on the American people.

**Restoring the American Dream**

Affordable vehicle ownership is essential to the American Dream and a primary driver of economic mobility out of poverty in the United States. The Endangerment Finding led to vehicle and engine regulations with an aggregate cost of more than $1 trillion and played a significant role in EPA's justification of regulations of other sources beyond cars and trucks, resulting in additional costly burdens on American families and businesses. Americans rely on vehicles to reach jobs, education, health care, and essential services. This is especially true in rural areas and regions without robust public transit. The costs imposed by these climate policies have placed new cars out of reach for many American families and harmed Americans' ability to climb out of poverty or reach essential services. The Trump EPA is expected to deliver Americans over $1.3 trillion in cost savings, which includes reduced costs for new vehicles and avoided costs of purchasing equipment related to EVs. This action will result in an average cost savings of over $2,400 per vehicle. By lowering vehicle and regulatory compliance costs, EPA is improving affordability and expanding consumer choice and ultimately advancing the American Dream by making it easier to reach jobs, grow small businesses, and participate fully in the transportation and logistics systems that power the U.S. economy.

**Prioritizing Consumer Choice**

Case 1:26-cv-02061-JLT-FJS    Document 1    Filed 03/16/26    Page 12 of 21

The Endangerment Finding enabled the Obama and Biden Administrations' illegal push toward EV mandates. These mandates pressure the vehicle industry to phase down production of various models of traditional gasoline and diesel trucks and to reengineer their fleets towards uneconomic and infeasible electric technologies. The Obama and Biden Administrations also used the Endangerment Finding to support off-cycle credits to forcibly incentivize automakers into adopting unpopular systems, undermining consumer choice. An off-cycle credit is a government-created concept that let auto manufacturers meet federal GHG standards on paper, by adding features like the almost universally hated start-stop feature, resulting in questionable emission reductions. Automakers should not be forced to adopt or rewarded for technologies that are merely a climate participation trophy with no material benefit. The Trump EPA chooses consumer choice over posturing to climate change zealots every time. Today's announcement ends all off-cycle credits, eliminates EPA incentives for the start-stop button, and restores consumer choice. Americans will be able to buy the car they want, including newer, more affordable cars with the most up to date safety standards and that emit fewer criteria and hazardous air pollutants.

## Collecting Substantial Public Input

Understanding the importance of this action, EPA conducted a transparent and inclusive rulemaking process. The agency held an extended 52-day public comment period, which included four days of virtual public hearings where more than 600 individuals testified. EPA received about 572,000 public comments on the proposed rule and made substantial updates to the final rule in response to comments. A summary of public input and EPA's responses to all comments can be found in the final rule preamble and accompanying documents, and all comments received, including entries summarizing several hundred mass-mailer campaigns, are available in the rulemaking docket.

For additional information on this rule and supporting analyses, please visit EPA's website <https://www.epa.gov/regulations-emissions-vehicles-and-engines/final-rule-rescission-greenhouse-gas-endangerment>.

## Background

Case 1:26-cv-02061-JLT-FJS    Document 1    Filed 03/16/26    Page 13 of 21

Congress tasked EPA under Section 202(a)(1) of the CAA with prescribing emission standards for new motor vehicles and engines when the Administrator determines that emissions from a class or classes of new motor vehicles and engines cause or contribute to air pollution that may reasonably be anticipated to endanger public health or welfare. In an unprecedented move, the Obama EPA found that carbon dioxide emissions emitted from automobiles – in combination with five other gases, some of which vehicles don't even emit – contribute an unknown amount to greenhouse gas concentrations in the atmosphere that, in turn, play a role through varied causal chains that may endanger human health and welfare. These mental leaps were admittedly novel, as EPA had for decades understood that the "air pollution" targeted by the statute means pollution that harms health or the environment through local and regional exposure. However, this creative interpretation of the law was the only way the Obama-Biden Administration determined they could potentially access EPA's authority to regulate under Section 202(a)(1). This flawed legal theory took the agency outside the scope of its statutory authority in multiple respects.

Additionally, major Supreme Court decisions in the intervening years, including Loper Bright Enterprises v. Raimondo, West Virginia v. EPA, Michigan v. EPA, and Utility Air Regulatory Group v. EPA, have significantly clarified the scope of EPA's authority under the CAA and made clear that the interpretive moves the Endangerment Finding used to launch an unprecedented course of regulation were unlawful. The decisions emphasized that statutes have a single, best meaning fixed at the time of enactment; that major policy determinations must be made by Congress, not by administrative agencies, and that agencies cannot bury their heads in the sand as to the consequences of their actions when considering regulations that impose immense costs.

President Trump's Day One Executive Order 14154 "Unleashing American Energy" tasked EPA with submitting recommendations on the legality and continuing applicability of the 2009 Endangerment Finding in the first 30-Days of this term. On March 12, 2025, Administrator Zeldin announced <https://www.epa.gov/newsreleases/trump-epa-kicks-formal-reconsideration-endangerment-finding-agency-partners> that the agency was kicking off a formal reconsideration of the 2009 Endangerment Finding and resulting regulations in collaboration with the Office of Management and Budget and other relevant agencies. Administrator Zeldin formally announced <https://www.epa.gov/newsreleases/epa-releases-proposal-rescind-obama-era-endangerment-finding-regulations-paved-way> the agency's proposal to reconsider these actions on July 29, 2025, at a truck dealership in Indiana.

3/15/26, 9:09 AM    President Trump and Administrator Zeldin Deliver Single Largest Deregulatory Action in U.S. History | US EPA

Case 1:26-cv-02061-JLT-FJS    Document 1    Filed 03/16/26    Page 14 of 21

Last updated on February 13, 2026

**United States Department of Justice** Exhibit B
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

 Your record number is: **725150-WKZ**

**Save report**

---

# What to expect

## ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

### (1) Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

### (2) Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm
or violence, or are in immediate danger, please call 911 and contact the police.

---

# Your submission

## Contact

## Contact information

### Your name

Steven Singleton

### Email address

stevenqs@icloud.com

### Phone number

+12094890768

### Address

48 W 28th St

-

Merced, California 95340

### Are you now or have ever been an active duty service member?

No

---

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

## Location

### Where did this happen?

### Organization name
United States

### Address
-

-

Washington, District of Columbia

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Race/color

## Date

### When did this happen?

2/13/2026

## Personal description

### In your own words, describe what happened

Yesterday, I received an email from communications@mail.whitehouse.gov titled "Greenhouse gas rules gone as EPA's Zeldin signs 'single largest deregulatory action' in history."
The subtext indicated that "Trump repealed the 'endangerment finding.'"
By doing so, Donald John Trump, in his official capacity as President of the United States, has willfully exceeded the limits of executive authority, undermining constitutional interpretation and depriving the People of the due process ordinarily required to alter or overturn the judicial outcome of Massachusetts v. EPA (2007).
The President possesses sufficient understanding to recognize that dismantling established environmental policies, rules, and regulations — specifically those governing the management and enforcement of standards related to "air pollutants" or "greenhouse gases" — poses a measurable harm to natural persons, disproportionately affecting communities on the basis of race or color:
https://gizmodo.com/americas-notorious-cancer-alley-is-even-more-toxic-than-1851532462?
utm_source=pocket-newtab-en-us
To uphold justice, I respectfully request that the Department of Justice petition an appropriate Honorable Court for the following relief:
* A temporary protective order mandating immediate reversal or suspension of deregulatory Executive actions that dismantle existing environmental protections;
* A stay of all related deadlines pending full judicial review and adjudication;
* Declaratory relief affirming the People's constitutional right to due process whenever an Executive Order seeks to contravene or nullify a standing judicial decision, thereby preserving the integrity of the separation of powers; and

Further, Title 42 U.S.C. §§9601–9675 (the Comprehensive Environmental Response, Compensation, and Liability Act, or CERCLA) warrants consideration, as it expressly governs the "spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, or disposing" of pollutants or contaminants into the environment.

Research on the health effects of hazardous substances on human populations provides substantial evidence of disparate impacts:

https://pmc.ncbi.nlm.nih.gov/articles/PMC6067712/

The impact can be competently construed to more acutely impact communities defined by race or color.

An Executive policy that uniformly reduces environmental safeguards may produce unequal protection under law by knowingly exposing protected populations to elevated risks from pollutants and contaminants — whether airborne or otherwise — contrary to constitutional and statutory principles protecting the General Welfare, including health, of all persons in the jurisdiction of the United States.

**From:** **The White House** communications@mail.whitehouse.gov
**Subject:** Scrutiny for Tariff Report, Board of Peace, & Inflation Expectations Fall, l 02/19/26
**Date:** February 19, 2026 at 06:50
**To:** stevenqs@icloud.com

*Exhibit C*

THURSDAY, FEBRUARY 19, 2026 | Read Onlir

# WHWIRE · WHWIRE · W

 **IN THE NEWS**

**CNBC | Full interview with White House National Economic Council Director Kevin Hassett**



**FOX NEWS | Trump convenes first 'Board of Peace' meeting as Gaza rebuild hinges on Hamas disarmament**
President Trump convened the first meeting of his newly created "Board of Peace" in Washington with efforts to rebuild the war-torn territory still hinging on Hamas's disarmament and the establishment of an international stabilization force under his broader peace plan.

**BREITBART | Trump Effect: Business Inflation Expectations Fall Back To Pre-Biden Normal**
A Federal Reserve Bank of Atlanta survey shows U.S. business inflation

expectations dropped to about 1.75 percent in February, roughly the same level seen before President Biden's term, suggesting firms now expect much lower price pressures going forward.

**DAILY SIGNAL | How Trump Just Saved Americans Over $1 Trillion**
The piece argues that President Trump's repeal of the EPA's 2009 endangerment finding will reduce regulatory costs, lower prices on vehicles and other goods, and save Americans over $1 trillion, making life more affordable by rolling back federal climate regulations.

**NEW YORK POST | Grandma's fiery defense of Trump steals the show at Black History Month celebration**
At a White House Black History Month event, Washington, D.C. grandmother Forlesia Cook passionately defended President Trump against accusations of racism — praising his crime-fighting efforts and receiving loud applause while Trump joked she should run for office — making her remarks the most talked-about moment of the celebration.

## 🏴 FROM THE WHITE HOUSE

**President Trump Celebrates Black History Month: Advancing Opportunity and Prosperity for Every American**
President Trump marked Black History Month by touring and hosting events at the White House, highlighting his administration's economic, education, and tax policies as advancing opportunity and prosperity for Black Americans and all Americans.

## ✔ FROM THE PRESIDENT

 **Donald J. Trump** 🌐 🔵
@realDonaldTrump

Czech Deputy PM Petr Macinka: Great job in your Debate against Hillary Clinton on various subjects, including her ridiculous views on Gender. Say hello to everybody in your wonderful Country! President DJT





Was this email forwarded to you? **Sign up here**.

*Copyright (C) 2026 The White House. All rights reserved.*
You are receiving this email because you opted in via our website.

Our mailing address is:
The White House 1600 Pennsylvania Ave NW Washington, DC 20500-0005 USA

Want to change how you receive these emails?
You can update your preferences or unsubscribe