**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No. 1:26-cv-02061 JLT FJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | (Doc. 6) |

Steven Singleton seeks to hold the Environmental Protection Agency liable for civil rights violations related to its "deregulation framework" announced in February 2026. (*See* Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and found "the allegations fail to comply with Federal Rule of Civil Procedure 8, are frivolous, and fail to state a claim." (Doc. 6 at 1; *see also id.* at 2-8.) The magistrate judge recommended the complaint be dismissed without leave to amend. (*Id.* at 9.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 6 at 9.) The Court also advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.     The Findings and Recommendations dated May 15, 2026 (Doc. 26) are **ADOPTED** in full.

    2.     Plaintiff's complaint is **DISMISSED** without leave to amend.

    3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __July 10, 2026__

_____
UNITED STATES DISTRICT JUDGE

2